UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SAMUEL WITHERSPOON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>GARY SANDOR, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 08-1918-VBF (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED:　　November 11, 2011 .

*(signature)*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd